IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAMES BEARDEN and SHEILA BEARDEN, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| | ) | Civil No. 3:09-1035 |
| Plaintiffs, | ) | Judge Trauger |
| v. | ) ) | |
| HONEYWELL INTERNATIONAL, INC., | ) ) | |
| Defendant. | ) | |

## **O R D E R**

The case management conference scheduled for April 30, 2010 at 9:30 a.m. is **CONTINUED**, to be **RESET** following disposition of the Motion to Strike Class Allegations And Dismiss The First Amended Complaint filed by defendant Honeywell (Docket No. 27).

It is so **ORDERED**.

ENTER this 20th day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge