IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JAMES BEARDEN AND SHEILA )
BEARDEN, individually, and on behalf of )
all others similarly situated, )
)
    Plaintiffs, ) No. 3:09-cv-01035
)
v. ) JUDGE TRAUGER
)
HONEYWELL INTERNATIONAL, INC., )
)
    Defendant. )
_____ )

**Motion GRANTED. Time extended to 5/5/10.**

## JOINT MOTION TO EXTEND RESPONSE DEADLINE AND FOR LEAVE TO FILE RESPONSE BRIEF

Having conferred and reached an agreement that a 2-day extension of the deadline by which Plaintiffs must respond to Defendant's pending motion to dismiss (Docket No. 27) is both necessary and appropriate, the parties hereby jointly and respectfully move the Court for an order extending said response deadline to May 5, 2010.

In support of this motion, the parties state as follows:

(1) This request is necessitated by the closing of Plaintiffs' counsel's offices due to flooding in Nashville, is made in the interests of efficiency and justice, and no party will be prejudiced by the requested relief;

(2) Counsel for the parties have conferred and all consent to the requested relief; and

(3) The requested relief will not materially delay the final resolution of this case.

Wherefore, premises considered, the parties jointly and respectfully request an extension giving Plaintiffs until May 5, 2010, to respond to Defendant's pending motion to dismiss.