IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JAMES BEARDEN AND SHEILA BEARDEN, individually and on behalf of all others similarly situated, | Civil Action No. 3:09-cv-01035 |
| Plaintiffs, | |
| v. | Judge Aleta Trauger |
| HONEYWELL INTERNATIONAL INC. | Jury Trial Demanded |
| Defendant. | |

### ~~PROPOSED~~ ORDER GRANTING HONEYWELL'S RULE 12 MOTION TO STRIKE EXHIBIT 1 TO MEMORANDUM IN SUPPORT OF DEFENDANT'S RULE 12 MOTION TO STRIKE THE CLASS ALLEGATIONS AND TO DISMISS INDIVIDUAL BREACH OF WARRANTY, FRAUD-RELATED, AND MAGNUSON MOSS ACT CLAIMS IN THE SECOND AMENDED COMPLAINT

This matter is before the Court on Defendant Honeywell's Motion to Strike <u>Exhibit 1</u> to Honeywell's Memorandum in Support of Defendant's Rule 12 Motion to Strike the Class Allegations and to Dismiss Individual Breach of Warranty, Fraud-Related, and Magnuson Moss Act Claims in the Second Amended Complaint. Good and sufficient cause having been shown.

It is so ORDERED that <u>Exhibit 1</u> is stricken from the Memorandum.

ENTER this 7th day of July 2010.

_____
Aleta A. Trauger
United States District Court Judge