IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES BEARDEN AND SHEILA BEARDEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>    Defendant. | Case No. 3:09-01035<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Strike Class Allegations and to Dismiss filed by defendant Honeywell International Inc. (Docket No. 41) is **GRANTED IN PART** and **DENIED IN PART**. Count V of the Second Amended Complaint (Docket No. 39) is hereby **DISMISSED**. Count IX of the Second Amended Complaint may not be maintained on behalf of the putative class, and the following material is hereby **STRICKEN** from that count: the entirety of Paragraph 212; the phrase "and other members of the Class" from Paragraph 216; and the phrase "and Class members" from Paragraphs 217-19.

The plaintiffs will not be granted leave to further amend their complaint. A Case Management Conference will be held in Judge Trauger's chambers on September 10, 2010 at 1:30 p.m.

It is so Ordered.

Entered this 16th day of August 2010.

_____
ALETA A. TRAUGER
United States District Judge