```
                UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

JAMES BEARDEN, et al.,           )
                                 )
    Plaintiffs,                  )
                                 )
     v.                         )   NO. 3:09-1035
                                 )   Judge Trauger/Bryant
HONEYWELL INTERNATIONAL, INC.,   )
                                 )
    Defendant.                   )

### O R D E R

By order dated December 6, 2010, the District Judge referred this case to the undersigned Magistrate Judge for the purpose of conducting a discovery conference with the parties after December 13, 2010.

A discovery conference is set for **Tuesday, January 4, 2011, at 10:00 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

Counsel for the parties shall confer and file on or before **Thursday, December 30, 2010**, a joint statement of discovery issues that they believe require the Court's intervention.

It is so **ORDERED**.

                                            s/ John S. Bryant
                                            JOHN S. BRYANT
                                            United States Magistrate Judge