# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAMES BEARDEN and SHEILA BEARDEN, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | ) Civil No. 3:09-1035<br>) Judge Trauger |
| v. | ) Magistrate Judge Bryant<br>) |
| HONEYWELL INTERNATIONAL, INC., | )<br>) |
| Defendant. | ) |

## O R D E R

It is hereby **ORDERED** that the Motion to Enjoin filed by Honeywell International, Inc. (Docket No. 69), to which a response has been filed (Docket No. 74), is **REFERRED** to Magistrate Judge Bryant for disposition under 28 U.S.C. § 636(b)(1) and Rule 72, Fed.R.Civ.P.

ENTER this 22nd day of December 2010.

_____
ALETA A. TRAUGER
U.S. District Judge