IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JAMES BEARDEN AND SHEILA BEARDEN,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**HONEYWELL INTERNATIONAL INC.,**<br><br>Defendant. | Case No.: 3:09-cv-01035<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Bryant<br><br>Jury Trial Demanded |

## ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY TO RESPONSE ON MOTION TO ENJOIN

This matter is before the Court on Defendant Honeywell's Motion for Leave to File Reply Memorandum In Support Of Defendant's Motion to Enjoin. Good and sufficient cause having been shown.

It is so ORDERED that Honeywell is granted leave to file its Reply to Plaintiffs' Response.

ENTER this 3rd day of January, 2011.

*s/ John S. Bryant*
─────────────────────────────
United States Magistrate Judge