UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES BEARDEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:09-1035 |
| ) | Judge Trauger/Bryant |
| HONEYWELL INTERNATIONAL, INC., ) | **Jury Demand** |
| ) | |
| Defendant. ) | |

## **O R D E R**

As directed by the District Judge, the undersigned Magistrate Judge conducted a hearing on January 4, 2011, to address a number of discovery issues. Mr. Gerard Stranch and Mr. Michael Stewart appeared on behalf of plaintiffs and Mr. Lee Barfield and Mr. Brent Reichert appeared on behalf of the defendant.

Following discussions with counsel, the Court rules as follows:

Defendant Honeywell shall commence its production of documents responsive to plaintiffs' first request for production of documents as soon as possible after January 5, 2011, and shall complete such production and other responses to any currently pending discovery on or before **Friday, February 4, 2011**. Defendant Honeywell shall serve a privilege log on counsel for plaintiffs on or before **Tuesday, February 15, 2011**.

In view of the foregoing deadline, and with the agreement of plaintiffs' counsel, the subpoena for production of documents issued by the U.S. District Court for the District of New Jersey and served by plaintiffs on Honeywell is **QUASHED**.

Plaintiffs shall provide to counsel for defendant Honeywell advance notice of the date and general nature of any future testing, alteration, disassembly or modification of the Honeywell electronic air cleaners at issue in this case.

On or before **Monday, January 17, 2011**, plaintiffs shall supplement their prior discovery or, in the alternative, notify counsel for defendant Honeywell that their prior responses are complete with respect to all issues listed on page 9 of the parties' joint statement of discovery issues (Docket Entry No. 80). This supplementation shall include an identification of any pharmacies used by Mrs. Bearden since 2000, to the extent that such pharmacies have not been identified in information previously produced in discovery.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge
