IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JAMES BEARDEN AND SHEILA BEARDEN, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| HONEYWELL INTERNATIONAL INC. | ) ) |
| Defendant. | ) ) |

Civil Action No. 3:09-cv-01035

Judge Aleta Trauger
Magistrate Judge John Bryant

Jury Trial Demanded

## PROPOSED ORDER GRANTING
## HONEYWELL'S MOTION TO WITHDRAW MOTION TO ENJOIN

Defendant, Honeywell International Inc. ("Honeywell") has moved the court to withdraw its Motion to Enjoin (Dkt. No. 69) as moot. For good cause shown, Honeywell's Motion to Withdraw is **GRANTED**. Honeywell's Motion to Enjoin (Dkt. No. 69) shall be **WITHDRAWN**, as moot.

**IT IS SO ORDERED**.

This the 2nd day of February, 2011.

_____
Hon. Aleta Trauger
United States District Court Judge

APPROVED FOR ENTRY:

DATED: February 1, 2011	**BASS, BERRY & SIMS, PLC**

By: _____/s/ Jessalyn H. Zeigler_____
H. Lee Barfield II (BPR 2581)
Jessalyn H. Zeigler (BPR 16139)
W. Brantley Phillips (BPR 18844)

150 Third Avenue South, Suite 2800
Nashville, TN 37201
lbarfield@bassberry.com
jzeigler@bassberry.com
bphillips@bassberry.com
615-742-6200

And

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Brent L. Reichert *(admitted pro hac vice)*
Jennifer L. McKenna *(admitted pro hac vice)*
Michael D. Reif *(admitted pro hac vice)*

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
BLReichert@RKMC.com
JLMcKenna@RKMC.com
MDReif@RKMC.com
612-349-8500

**ATTORNEYS FOR DEFENDANT
HONEYWELL INTERNATIONAL INC.**