ORDER:
Motion granted.

*s/ John S. Bryant*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES BEARDEN AND SHEILA BEARDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HONEYWELL INTERNATIONAL, INC.<br><br>Defendant. | Case No. 3:09-cv-01035<br><br>Judge Trauger<br><br>Magistrate Judge Bryant<br><br>DEMAND FOR JURY TRIAL<br><br>COMPLEX LITIGATION |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS THIRD MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Local Rule 7.01(b), Plaintiffs James and Sheila Bearden respectfully move this Court for leave to file a Reply in Support of Its Third Motion to Compel Production of Documents. A copy of Plaintiffs' Reply Memorandum is filed contemporaneously herewith as Attachment 1.

A reply memorandum is both necessary and appropriate to address inaccuracies raised and attacks lodged by Defendant in Defendant's Response filed on March 21, 2011. A Reply will aid the Court in its resolution of the pending motion because it corrects inaccurate statements made in the Response and responds to issues of law that were raised by Defendant in its Response.

For the foregoing reasons, and based on the entire record in this matter, Plaintiffs respectfully request that the Court grant Plaintiffs leave to file the Reply Memorandum and that an Order deeming the Reply Memorandum filed be entered by the Court.