UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES BEARDEN, et al.,          )
                                )
    Plaintiffs,                 )
                                )
      v.                        )    NO. 3:09-1035
                                )    Judge Sharp/Bryant
HONEYWELL INTERNATIONAL, INC.,  )    **Jury Demand**
                                )
    Defendant.                  )

### **O R D E R**

Plaintiffs have filed their motion to ascertain the status of pending motions to compel (Docket Entry No. 131). Plaintiffs' motion is **GRANTED**.

The subject motions to compel are presently pending before the undersigned Magistrate Judge. The Court is aware that the parties need a ruling on these motions, and the undersigned Magistrate Judge is currently working on a memorandum and order addressing these motions. The Court expects to issue this ruling within the next few days.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge