UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES BEARDEN, et al.,            )
                                  )
        Plaintiffs,               )
                                  )
        v.                        )    NO.  3:09-1035
                                  )    Judge Sharp/Bryant
HONEYWELL INTERNATIONAL, INC.,    )    **Jury Demand**
                                  )
        Defendant.                )

<u>**O R D E R**</u>

        Plaintiffs Bearden have filed their third consolidated
motion to compel (Docket Entry No. 110).

        During a telephone case management conference with the
undersigned Magistrate Judge on June 24, 2011, counsel for
defendant Honeywell reported to the Court that Honeywell had been
able to obtain a complete copy of the Honeywell call center
database referenced in this motion, and that it has been, or
shortly will be, produced to plaintiffs.  From a review of the
remaining items sought by plaintiffs' motion (Docket Entry No. 110
at 3-4), it appears that the remaining items have been addressed by
this Court's memorandum and order of June 29, 2011 (Docket Entry
No. 134).  For this reason, plaintiffs' third motion to compel
(Docket Entry No. 110) is **DENIED** as moot.

        It is so **ORDERED**.

                              s/ John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge