————

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **JAMES BEARDEN AND SHEILA BEARDEN, individually and on behalf of all others similarly situated,** | Case No.: 3:09-cv-01035 |
| **Plaintiffs,** | **Judge Kevin H. Sharp**<br>**Magistrate Judge Bryant** |
| **vs.** | **Jury Trial Demanded** |
| **HONEYWELL INTERNATIONAL INC.,** | |
| **Defendant.** | |

## ORDER GRANTING MOTION
## FOR LEAVE TO FILE UNDER SEAL

This matter is before the Court on Defendant Honeywell's Motion for Leave to File its Memorandum i n Support of its Motion for Protectiv e Order Lim iting Discovery to Honeywell's Homes Divisions as well as Exhibits 3-7 to the D eclaration of A ndrea Naef unde r seal. Good and sufficient cause having been shown,

It is so ORDERED that Honeywell is gr anted leave to file these documents under seal.

ENTER this 15th day of August, 2011.


*s/ John S. Bryant*
———————————————
U.S. Magistrate Judge