IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES BEARDEN AND SHEILA BEARDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>HONEYWELL INTERNATIONAL INC.<br><br>Defendant. | Case No. 3:09-cv-01035<br><br>Judge Kevin Sharp<br><br>Magistrate Judge John Bryant<br><br>DEMAND FOR JURY TRIAL<br><br>COMPLEX LITIGATION |

## ORDER

Pursuant to the parties' teleconference held on August 22, 2011, Plaintiffs James and Sheila Bearden's time to respond to Defendant Honeywell International Inc.'s Third Set of Requests For Admission is hereby extended to September 22, 2011.

**IT IS SO ORDERED.**

**ENTERED,** this  24th  day of  August , 2011.

*s/ John S. Bryant*
**Magistrate Judge John Bryant**

1