ORDER:
Motion granted.

*s/ John S. Bryant*
U.S. Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| JAMES BEARDEN AND SHEILA BEARDEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>HONEYWELL INTERNATIONAL INC.<br><br>    Defendant. | Case No. 3:09-cv-01035<br><br>Judge Kevin Sharp<br><br>Magistrate Judge John Bryant<br><br>DEMAND FOR JURY TRIAL<br><br>COMPLEX LITIGATION |

## PLAINTIFFS' MOTION TO STRIKE DOCKET NO. 169

On August 23, 2011, Plaintiffs inadvertently filed a Motion for Leave to File Under Seal (Docket No. 169). The Motion was intended to be filed in the Rehberger v. Honeywell case (3:11-cv-0085). For this reason, we respectfully ask the Court to strike Docket No. 169 from the record in this case.

Dated: August 23, 2011

By: /s/ Benjamin A. Gastel
Michael G. Stewart (BPR#16920)
J. Gerard Stranch, IV (BPR#023045)
Benjamin A. Gastel (BPR#028699)
BRANSTETTER, STRANCH
 & JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Telephone: 615/254-8801
Facsimile: 615/255-5419
mstewart@branstetterlaw.com
gerards@branstetterlaw.com
bgastel@branstetterlaw.com

1