IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES BEARDEN AND SHEILA BEARDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>Defendant. | Case No.: 3:09-cv-01035<br><br>Judge Kevin H. Sharp<br>Magistrate Judge Bryant<br><br>Jury Trial Demanded |

## DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF ITS REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Today, March 26, 2012, Defendant Honeywell International Inc. ("Honeywell") is filing its Reply in Support of its Motion for Summary Judgment. Honeywell hereby seeks leave to file under seal its Reply Brief in Support of its Motion for Summary Judgment, its Reply to Plaintiffs' Response to Defendant's Statement of Undisputed Facts and exhibits to the Supplemental Declaration of Aaron R. Fahrenkrog.

In support of this Motion for Leave, Honeywell states that these documents contain confidential information subject to parties' protective order entered in this case on November 8, 2010 (Docket Entry No. 64). Pursuant to that protective order, and the Court's local rules, Honeywell respectfully requests that this Motion for Leave be GRANTED and that the Court enter an Order in the form attached hereto as Exhibit A.

Honeywell reserves the right to withdraw these documents if leave is not granted by the Court.

1