TUVWJPÁÕÜŒVÖÖ
*Kevin H. Sharp* (signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES BEARDEN AND SHEILA BEARDEN, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br>v.<br><br>HONEYWELL INTERNATIONAL INC.<br><br>　　　Defendant. | Case No. 3:09-cv-01035<br><br>Judge Kevin Sharp<br><br>Magistrate Judge John Bryant<br><br>DEMAND FOR JURY TRIAL<br><br>COMPLEX LITIGATION |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO SUR-REPLY

Today, April 5, 2012, Plaintiffs will file a Sur-Reply to Honeywell's Reply in Support of its Motion for Summary Judgment ("Sur-Reply"). The Sur-Reply will aid this court in resolution of the Motion to Summary of Judgment. Plaintiffs' counsel has conferred with Honeywell's counsel, and Honeywell will not oppose the filing of Sur-Reply so long as the Sur-Reply contains no new exhibits or evidence and the arguments will be restricted to comments on Honeywell's Reply in Support. Plaintiffs will file no new exhibits or evidence and address arguments raised in Honeywell's Reply in Support. Accordingly, Plaintiffs respectfully request leave to file the Sur-Reply. Plaintiffs' Sur-Reply To Honeywell's Reply Memorandum In Support Of Its Motion For Summary Judgment is attached hereto as Exhibit A.