IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES BEARDEN AND SHEILA BEARDEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.<br><br>Defendant. | Case No. 3:09-cv-01035<br><br>Judge Kevin H. Sharp<br><br>Magistrate Judge John S. Bryant<br><br>DEMAND FOR JURY TRIAL<br><br>COMPLEX LITIGATION |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to this Court's order of September 26, 2012 (Doc. 283), the parties have a deadline of November 15, 2013 to file Motions for Summary Judgment. The Plaintiffs respectfully request and Defendant does not oppose that this deadline to file be further extended until Monday, November 18, 2013. This request is being made due to an unexpected health issue of lead counsel for Plaintiffs. Defendant's counsel have consented to this motion.

Dated: November 15, 2013      By: /s/ Michael G. Stewart
Michael G. Stewart (BPR#16920)
J. Gerard Stranch, IV (BPR#023045)
Benjamin A. Gastel (BPR#028699)
BRANSTETTER, STRANCH
 & JENNINGS, PLLC
227 Second Avenue North, 4th Floor
Nashville, TN 37201-1631
Telephone: 615/254-8801
Facsimile: 615/255-5419
mstewart@branstetterlaw.com
gerards@branstetterlaw.com
bgastel@branstetterlaw.com
*Counsel for The Beardens*

1