UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES BEARDEN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 3:09-cv-1035 |
| ) | Judge Sharp |
| HONEYWELL INTERNATIONAL, INC.,) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant's *Motion to Exclude Plaintiffs' Proposed Expert Testimony of Dr. Richard Parent, PHD* (Docket Entry No. 299), Defendant's *Motion to Exclude Plaintiffs' Proposed Expert Testimony of Mr. Patrick Rafferty, CIH* (Docket Entry No. 301), and *Plaintiffs' Motion to Exclude Testimony of Dr. David MacIntosh* (Docket Entry No. 303) are hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE